# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS BOJORQUEZ,<br>    Plaintiff,<br><br>       v.<br><br>NATIONSTAR MORTGAGE,<br>LLC, et al.,<br>    Defendants. | CV 19-5120 DSF (JEMx)<br><br><br>JUDGMENT |

The Court having granted a motion to dismiss and Plaintiff having failed to amend his complaint within the time granted by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: November 13, 2019

                                                Dale S. Fischer
                                                United States District Judge